Morgan JOSEPH and Harold Joseph,
Appellants,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Barkley J. Sturgill, Thomas M. Place, Wilderman & Place, Prestonsburg, for appellants.

Ed W. Hancock, Atty. Gen., Joseph L. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

Coy RUSHING, Jr., Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 11, 1974.

Anthony M. Wilhoit, Public Defender, Kathleen McCabe, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

* Opinion ordered not to be published.